UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANTHONY COLES,                                             Case No. 3:13-cv-353

    Plaintiff,                                                   Judge Timothy S. Black
                                                    Magistrate Judge Michael J. Newman

-vs-

NATIONAL LABOR
RELATIONS BOARD, *et al.*,

    Defendants.

---

**JUDGMENT IN A CIVIL CASE**

---

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of the Magistrate Judge (Doc. 30) is **ADOPTED**; that the plaintiff's objection (Doc. 31) is **OVERRULED**; that the Defendant's Motions to Dismiss (Docs. 16, 26) are **GRANTED**; and the plaintiff's complaint (Doc. 3) is **DISMISSED**; and the case is **TERMNINATED** on the docket.

Date: 3/26/2014                                                      **JOHN P. HEHMAN, CLERK**

                                                                                    By: *s/M. Rogers*, D.C.
                                                                                    Deputy Clerk